U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

**UNITED STATES DISTRICT COURT FOR THE**    2005 JUL 13  A 11: 24
**DISTRICT OF NEW HAMPSHIRE**


Patrick Walsh

         v.                                    Civil No. 05-fp-188
                                                 05-cv-188-JD
Concord Police Department, et al.


                         **O R D E R**

        Plaintiff's request to proceed in forma pauperis is granted,

but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must

be paid as follows: the sum of $12.60 is due no later than August

15, 2005.  In addition, 20% of each preceding month's income

credited to plaintiff's account to be remitted by the Merrimack

County Department of Corrections when the amount in the account

exceeds $10.00 until the sum of $250.00 has been paid.  Failure

to pay the fee as ordered will result in dismissal of the action

without prejudice.  In all other respects plaintiff's request for

in forma pauperis has been granted.

        This case has been assigned number 05-cv-188-_JD_ .

        **SO ORDERED.**

                                    _____
                                    James R. Muirhead
                                    United States Magistrate Judge

Date: July 13, 2005

cc:   Patrick Walsh, pro se
      Bonnie S. Reed, Financial Administrator
      Merrimack County Department of Corrections, Inmate Accounts