```
                                          U.S. DISTRICT COURT
                                           DISTRICT OF N.H.
                                                FILED
```

UNITED STATES DISTRICT COURT FOR THE        2005 JUL 13 A 11: 24
DISTRICT OF NEW HAMPSHIRE

Patrick Walsh

    v.                                  Civil No. 05-fp-188
                                                  05-cv-188-JD

Concord Police Department, et al.

### O R D E R

    Plaintiff's request to proceed _in forma pauperis_ is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $12.60 is due no later than August 15, 2005. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the Merrimack County Department of Corrections when the amount in the account exceeds $10.00 until the sum of $250.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for _in forma pauperis_ has been granted.

    This case has been assigned number 05-cv-188-JD.

**SO ORDERED.**

                                        _/s/ James R. Muirhead_
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: July 13, 2005

cc:   Patrick Walsh, pro se
       Bonnie S. Reed, Financial Administrator
       Merrimack County Department of Corrections, Inmate Accounts