U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 SEP -6 P 2:41

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Patrick Walsh

    v.                                    Civil No. 05-cv-188-JD

Concord Police Department, et al.

### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

My order dated July 13, 2005 (document no. 5) is withdrawn. Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date: September 6, 2005

cc:  ✓ Patrick Walsh, pro se
     ✓ Bonnie S. Reed, Financial Administrator
     ✓ Merrimack County Dept. of Corrections, Inmate Accounts