UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Patrick Walsh</u>

      v.             Civil No. 05-cv-188-JD

<u>Concord Police Department, et al</u>

O R D E R

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 6, 2005, for the reasons stated therein.

SO ORDERED.

January 11, 2006             <u>/s/Joseph A. DiClerico, Jr.</u>
                                                 Joseph A. DiClerico, Jr.
                                                 United States District Judge

cc:     Patrick Walsh, pro se
         Michael Ricker, Esq.