UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAM

Patrick Walsh

        v.        05-cv-188-JD

Concord Police Department, et al

O R D E R

After a preliminary review, the Court issued an order on December 6, 2005, directing plaintiff to file an amendment to his complaint naming the officers relating to his Fourth Amendment Claim so that the complaint may be served within 120 days of the date of the order. To date, nothing has been filed.

The Court recommends that this case be dismissed without prejudice for failure to comply with the Court's order and in accordance with Federal Rule of Civil Procedure 4(m). Case to be referred to a Judicial Officer to be dismissed unless a response is filed within ten days.

SO ORDERED.

April 11, 2006                            /s/James R. Muirhead
                                                  United States Magistrate Judge

cc:    Patrick Walsh, pro se
        Michael Ricker, Esq.